IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FITLIFE BRANDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUPREME SPORTS ENHANCEMENT, L.L.C., <br><br> Defendant. | 8:14CV0241 <br><br> **ORDER** |

On December 12, 2014, the Court entered an order (filing no. 21) which required the Defendant, Supreme Sports Enhancement, L.L.C. to obtain the services of counsel and have that attorney file an appearance on its behalf on or before January 12, 2015. Defendant, Supreme Sports Enhancement, L.L.C. has not complied, and has not explained the failure to comply, with this order.

Accordingly,

IT IS ORDERED that Defendant, Supreme Sports Enhancement, L.L.C., is given until February 23, 2015 to show cause why the court should not enter a default and/or default judgment against Defendant, Supreme Sports Enhancement, L.L.C. The failure to timely comply with this order may result in an entry and/or judgment of default against Supreme Sports Enhancement, L.L.C. without further notice.

Dated this 23rd day of January, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge