IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FITLIFE BRANDS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUPREME SPORTS ENHANCEMENT, L.L.C.,<br><br>                    Defendant. | 8:14CV241<br><br>**ORDER** |

     Today, my chambers received an email from Ross Erstling on behalf of the defendant that was not copied to counsel for the plaintiff. I have not read the email, nor has anyone in my chambers, and I will not do so. Mr. Erstling has been both warned and ordered to have no contact with my chambers without opposing counsel present during, or copied on, those communications. Today's email was sent in direct violation of my order.

     Accordingly,

     IT IS ORDERED:

     1)    Defendant's response to the court's order to show cause, (Filing No. 22), must be filed of record with the court by sending it to the clerk's office. The deadline for doing so remains February 23, 2015.

     2)    Mr. Erstling is hereby reminded that as a non-attorney, he cannot represent the defendant.

     3)    Mr. Erstling is advised that if he again contacts with my chambers without either simultaneously providing a copy of the written communication (email or letter) to opposing counsel, or having opposing counsel on the telephone or present during any verbal communication, he will be found in contempt of court and sanctioned accordingly.

     4)    In addition to mailing, the clerk shall email a copy of this order to ross@ssenhancements.com.

February 18, 2015.
                                                                          BY THE COURT:
                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge