IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FITLIFE BRANDS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>SUPREME SPORTS ENHANCEMENT, L.L.C.,<br><br>          Defendant. | 8:14CV241<br><br>**ORDER** |

      Defendant's former counsel was granted leave to withdraw on December 12, 2014. (Filing No. 21). The order granting counsel's leave to withdraw stated Defendant was given until January 12, 2015 to obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may file an entry and/or judgment of default against it without further notice. (Filing No. 21). The order was mailed to Supreme Sports Enhancements, L.L.C., c/o Mr. Ross Erstling, President, 629 Grove Street, Jersey City, NJ 07310. This mailing was not returned. Defendant failed to comply with the court's order.

      On January 23, 2015, a show cause order entered by the court and mailed by the clerk's office which advised that Defendant had until February 23, 2015 to show cause why the court should not enter a default and/or default judgment against Defendant without further notice. (Filing No. 22). The order delivered to Defendant by mailing t to Supreme Sports Enhancements, L.L.C., c/o Mr. Ross Erstling, President, 629 Grove Street, Jersey City, NJ 07310, and e-mailing it to ross@ssenhancements.com. These mailing were not returned.

      Defendant did not respond to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default and/or default judgment be entered against Defendant without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Defendant at the address of record.

March 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge