IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FITLIFE BRANDS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUPREME SPORTS ENHANCEMENT, L.L.C.<br><br>                    Defendant. | 8:14CV241<br><br>MEMORANDUM AND ORDER |

Plaintiff filed its complaint against Defendant Supreme Sports Enhancement, L.L.C. ("Supreme Sports") on August 15, 2014. ([Filing No. 1](#)). After initially being represented by legal counsel, Supreme Sports' attorney withdrew from the case. ([Filing No. 12](#)). The court informed Supreme Sports that a Limited Liability Company cannot proceed without legal representation and the undersigned magistrate judge instructed Supreme Sports to have new counsel appear in this matter. ([Filing No. 21](#)). Defendant was further advised failure to have legal counsel appear on its behalf may lead to an entry of default and/or a default judgment against it. ([Id.](#))

No new counsel appeared on behalf of Supreme Sports. And, at the direction of the Hon. John M. Gerrard, the Clerk of the Court entered default against the Defendant on April 2, 2015. ([Filing No. 26](#)). Since that date, Plaintiff has not taken any action in this case.

Accordingly,

IT IS ORDERED: On or before January 15, 2016, Plaintiff either move to dismiss this case voluntarily or seek a default judgment against Defendant. Failure to do so may result in dismissal of this case for want of prosecution without further notice.

Dated this 15th day of December, 2015

                                                                                                      BY THE COURT:

                                                                                                      *s/ Cheryl R. Zwart*
                                                                                                      United States Magistrate Judge